HANK BATES (State Bar No. 167688)
CARNEY WILLIAMS BATES
PULLIAM & BOWMAN, PLLC
11311 Arcade Drive, Suite 200
Little Rock, AR 72212
Telephone (501) 312-8500
Facsimile (501) 312-8505
E-mail: hbates@carneywilliams.com

Attorneys for Plaintiffs

JOSEPH DUFFY (State Bar No. 241854)
JOSEPH BIAS (State Bar No. 257127)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Telephone: 213.612.2500
Facsimile: 213.612.2501
E-mail: jduffy@morganlewis.com
        jbias@morganlewis.com

Attorneys for Defendant

Milstein Adelman, LLP
2800 Donald Douglas Loop North
Santa Monica, California 90405

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOHNSON and PHYLLIS J. ROBINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>H&R BLOCK, INC. and its affiliates and subsidiaries, H&R BLOCK SERVICES, INC., HRB TAX GROUP, INC., H&R BLOCK ENTERPRISES, INC., and, H&R BLOCK EASTERN ENTERPRISES, INC., Missouri Corporations; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:11-cv-09577-PA-RZ<br><br>Judge Percy Anderson<br><br>**STIPULATION TO DISMISS ALL PLAINTIFFS' CLAIMS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed:<br>Trial Date: None Assigned |

The parties to this action, by their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal of all Plaintiffs' claims against all Defendants without prejudice and without costs. The parties further stipulate and agree that: (a) this dismissal shall not be deemed a previous dismissal for the purposes of Fed. R. Civ. P. 41(a)(1)(B) if in the future Plaintiffs file a voluntary dismissal based on or including the same claims; and (b) by joining in this stipulation, Defendants are not waiving or forfeiting any right or defense in this case, including but not limited to any right or defense they may have to move to compel arbitration of this matter, to assert any and all Rule 12(b) defenses, and to contest this Court's jurisdiction over any party (including, but not limited to, personal jurisdiction).

Respectfully submitted,

Dated: January 17, 2012

**CARNEY WILLIAMS BATES PULLIAM & BOWMAN, PLLC**

By /s/ Hank Bates
Hank Bates
Darrin L. Williams

**GOLOMB & HONIK, P.C.**
Richard M. Golomb
Rubin Honik
Kenneth J. Grunfeld

**MILSTEIN ADELMAN, LLP**
Gillian L. Wade
M. Isaac Miller

ATTORNEYS FOR PLAINTIFFS

Dated: January 17, 2012

**MORGAN, LEWIS & BOCKIUS, LLP**

By /s/ Joseph Duffy
Joseph Duffy, Esq.

**HUSCH BLACKWELL LLP**
James Griffin (pro hac vice forthcoming)
Kathryn G. Lee (pro hac vice forthcoming)
Derek Teeter (pro hac vice forthcoming)

1

ATTORNEYS FOR THE BLOCK DEFENDANTS